AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | **VEDDER PRICE (CA), LLP** |
| 2 | Germain D. Labat, Bar No. 203907<br>glabat@vedderprice.com |
| 3 | Cary L. Finkelstein, Bar No. 302138<br>cfinkelstein@vedderprice.com |
| 4 | Marc B. Schlesinger *(Pro Hac Vice Pending)*<br>mschlesinger@vedderprice.com |
| 5 | 1925 Century Park East, Suite 1900 |
| 6 | Los Angeles, California 90067<br>T: +1 424 204 7700 |
| 7 | F: +1 424 204 7702 |
| 8 | Attorneys for Plaintiffs |
| 9 | U.S. COMPOSITE PIPE SOUTH, LLC, d/b/a<br>THOMPSON PIPE GROUP FLOWTITE, and KTI, |
| 10 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| U.S. COMPOSITE PIPE SOUTH, LLC, d/b/a THOMPSON PIPE GROUP FLOWTITE, and KTI, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FLOWTITE TECHNOLOGY AS, a Norwegian company; AMITECH USA, LLC, a Ohio limited liability company; SAUDI ARABIAN AMIANTIT COMPANY, a Saudi Arabian company; WIG WIETERSDORFER HOLDING GMBH, an Austrian company, HOBAS AG a Swiss company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**[DEMAND FOR JURY TRIAL]** |