JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| U.S. COMPOSITE PIPE SOUTH, LLC, d/b/a THOMPSON PIPE GROUP FLOWTITE, and KTI, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FLOWTITE TECHNOLOGY AS, a Norwegian company; AMITECH USA, LLC, a Ohio limited liability company; SAUDI ARABIAN AMIANTIT COMPANY, a Saudi Arabian company; WIG WIETERSDORFER HOLDING GMBH, an Austrian company, HOBAS AG a Swiss company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01629-JGB-KK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO SETTLEMENT**<br><br>Judge: Hon. Jesus G. Bernal<br><br>Complaint Filed: August 11, 2017<br>Trial Date: None set |

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

LOS_ANGELES/#39056

# ORDER

The Court, having considered the Stipulation to Dismiss Without Prejudice, Pursuant to Settlement, entered into between U.S. Composite Pipe South, LLC, d/b/a Thompson Pipe Group Flowtite ("USCP") and KTI, Inc. ("KTI") (collectively "Plaintiffs") and defendants Flowtite Technology, AS ("FTEC"), Saudi Arabian Amiantit Company ("Amiantit"), WIG Wietersdorfer Holding GmbH ("Wietersdorfer"), and Hobas Management GmbH — as legal successor to Hobas AG — ("Hobas") (collectively "Defendants"), hereby **ORDERS**:

1. The Complaint and this entire action are dismissed, <u>without prejudice</u>, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. No admission of liability is made by any Plaintiff or Defendant in connection with the dismissal, the dismissal shall not be construed as such, and neither Plaintiffs nor Defendants are to be considered prevailing parties;

3. Parties shall each bear their own fees and costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 15, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

LOS_ANGELES/#39056